UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **CONTEC, LLC**, <br><br> *Plaintiff*, <br><br> -vs- <br><br> **COMMUNICATIONS TEST DESIGN, INC.**, <br><br> *Defendant*. | Civil Action No. 1:18-cv-1172-LEK-DJS |

### STIPULATION OF DISMISSAL

Pursuant to Rule 41 of the Federal Rules of Civil Procedure it is hereby stipulated and agreed by and between the undersigned attorneys of record for the appearing parties, that, this case, including all claims and defenses of both parties, should be dismissed with prejudice, with each party to bear its own costs. Pursuant to Local Rule 41.3, the parties state that no party hereto is an infant or incompetent.

| | |
|---|---|
| **BARCLAY DAMON LLP** | **BALLARD SPAHR LLP** |
| By: /s/ Douglas J. Nash <br> Douglas J. Nash (511889) | By: /s/ Richard W. Miller <br> Richard W. Miller (*pro hac vice*) <br> D. Alan White (*pro hac vice*) |
| Barclay Damon Tower <br> 125 East Jefferson Street <br> Syracuse, New York 13202 <br> Tel: (315) 425-2885 <br> E-mail: dnash@barclaydamon.com | 999 Peachtree Street Suite 1000 <br> Atlanta, Georgia 30309 <br> Tel: (678) 420-9300 <br> E-mail: millerrw@ballardspahr.com <br>            whiteda@ballardspahr.com |
| **TAYLOR ENGLISH DUMA LLP** | Robert Penchina (302579) <br> Thomas B. Sullivan (519148) <br> 1675 Broadway, 19th Floor <br> New York, New York 10019 |
| Coby S. Nixon (*pro hac vice*) <br> Seth K. Trimble (*pro hac vice*) <br> 1600 Parkwood Circle, Suite 400 | |

Atlanta, Georgia 30339
Tel: (770) 434-6868
Email: cnixon@taylorenglish.com
       strimble@taylorenglish.com

*Attorneys for Plaintiff*
Contec, LLC

Tel: (212) 223-0200
E-mail: penchinar@ballardspahr.com
       sullivant@ballardspahr.com

Lynn E. Rzonca (*pro hac vice*)
1735 Market St 51st floor
Philadelphia, Pennsylvania 19103
Tel: (215) 665-8500
E-mail: rzoncal@ballardspahr.com

*Attorneys for Defendant*
Communications Tests Design, Inc.

Dated: April 30, 2020

**IT IS SO ORDERED.**
     April 30, 2020
Dated:  May __, 2020
     Albany, New York

_____
Lawrence E. Kahn
Senior U.S. District Judge

**CERTIFICATE OF SERVICE**

    I, Douglas J. Nash, certify, as counsel for defendant Contec, LLC, that on April 30, 2020, a true and correct copy of this Stipulation of Dismissal was filed with the Court's ECF system, which served all counsel of record by electronic mail.

                                                  /s/ Douglas J. Nash
                                                    Douglas J. Nash